# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Petters Aviation LLC

Debtor.

Chapter 11

Bankruptcy Case No. 08-45136

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

The undersigned hereby gives notice that James A. Lodoen of Lindquist & Vennum P.L.L.P., is appearing in the above-entitled matter as counsel for Douglas A. Kelley, as Trustee of Petters Company Inc. and Petters Group Worldwide, and as Receiver of Petters Aircraft Leasing LLC (the "Appearing Party"). The Appearing Party requests pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure that he receive copies of all notices, pleadings, and orders in the above case, and that he be added to the service list and main matrix in the above case. All notices/pleadings should be sent to the following:

> James A. Lodoen
> Lindquist & Vennum P.L.L.P.
> 4200 IDS Center
> 80 South Eighth Street
> Minneapolis, Minnesota 55402

The undersigned also gives notice that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans and disclosure statements, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet or otherwise filed or made with regard to

1

the above-captioned cases, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) the Appearing Party's right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the Appearing Party's right to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which the Appearing Party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: June 2, 2010

**LINDQUIST & VENNUM P.L.L.P.**

By:    /e/ James A. Lodoen
    James A. Lodoen, (MN Atty. No. 173605)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 371-3211
Facsimile: (612) 371-3207
e-mail: jlodoen@lindquist.com

**ATTORNEYS FOR DOUGLAS A. KELLEY, AS TRUSTEE OF PETTERS COMPANY, INC. AND PETTERS GROUP WORLDWIDE, AND AS RECEIVER OF PETTERS AIRCRAFT LEASING LLC**