UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  **Petters Aviation, LLC**   Case No. **BKY 08-45136**

**Elite Landings, LLC**   Case No. **BKY 08-45210**

Debtors.   **Chapter 11 Cases**

### ORDER FOR REPORT OF PAYMENTS MADE UNDER CHAPTER 11 PLAN

A plan was confirmed on **March 10, 2011**. **James A. Rubenstein**, the attorney for the proponents of the plan, and the proponents, are ordered to complete, date and sign the report below following the instructions therein, and file same with the clerk within ten days after the date of this order.

Date: March 10, 2011

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/10/2011*
Lori Vosejpka, Clerk, by LMH

/e/ Robert J. Kressel
United States Bankruptcy Judge

Report — Instructions: The proponent is required to report to the court, and the clerk is required to report to the Administrative Office of the United States Courts, regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed chapter 11 plan. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the plan. The attorney for the proponent, and the proponent, are accordingly required to complete and file this report. Each item should be answered: if "None," so state. Please remember that all payments made postpetition to date, and all payments to be made hereafter, for all preconfirmation debts and certain administrative expenses, including all attorney fees in the case, are to be included and combined if necessary to answer each item listed below.

Certain Administrative Expense Payments

1. Fees paid or to be paid to Attorney for Debtor(s)   $1,075,359
2. Compensation paid or to be paid to Trustee if any   $None
3. Fees paid or to be paid to Attorney for Trustee   $None
4. Total all fees paid or to be paid to other professional persons if any   $854,975
5. Total all items paid or to be paid to all of above for reimbursement of expenses   $45,607

Payments to All Creditors

6. All payments made or to be made to secured creditors including tax lien claims   $None
7. All payments made or to be made to unsecured priority creditors including taxes   $27,347
8. Grand total all claims allowed or allowable at unsecured nonpriority   $43,000,000
9. Percent dividend paid or to be paid on the general unsecured nonpriority claims   $22%

The above information and report is provided to the best of my knowledge, information and belief under Fed. R. Bankr. P. 9011(a).

James A. Rubenstein, Esquire   612-877-5363
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attorney's Name, Address, Telephone and Attorney License Number
Rev060796;020602

Signed: [signature]
Attorney for Proponent

Dated: March 28, 2011