UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                         Bky. Case No. 08-45136-RJK

Petters Aviation, LLC,                                  Chapter 11

                Debtor.

**WITHDRAWAL OF DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING THE DEBTOR TO FILE DOCUMENTS UNDER SEAL
AND FOR EXPEDITED RELIEF**

PLEASE TAKE NOTICE that the debtor hereby withdraws, without prejudice, its motion for an order authorizing the debtor to file documents under seal and for expedited relief scheduled for hearing on March 30, 2011 at 2:00 p.m.

                                                          MOSS & BARNETT
                                                          A Professional Association

Dated: March 29, 2011                  By: /e/ James A. Rubenstein
                                                          James A. Rubenstein, #94080
                                                          Cass S. Weil, # 115228
                                                          Issa K. Moe, #391351
                                                      4800 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, MN 55402-4129
                                                      Telephone: (612) 877-5000
                                                     **Attorneys for Debtor**