UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Bky. Case No. 08-45136 (RJK)

Petters Aviation, LLC,  Chapter 11

    Debtor.

**Evidence of Transfer of Claim**

To:    Clerk, United States Bankruptcy Court, District of Minnesota

    Asset Based Resource Group, LLC, a limited liability company organized under the laws of the State of Connecticut, with offices located at 1177 High Ridge Road, Stamford, Connecticut 06905 ("ABRG"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally transferred and assigned to:

1. Garth Calow, as successor to Nigel Chatterjee, in his capacity as the court-appointed liquidator for Stewardship Credit Arbitrage Fund, Ltd. ("SCAF, Ltd.") 88.8691% of ABRG's interest in Claim No. 20 and 21 filed in the above-captioned bankruptcy proceeding (collectively, the "Claims"); and

2. The United States District Court for the District of Minnesota Registry of Court to be held for the benefit of Stewardship Credit Arbitrage Fund, LLC (the "Registry") 11.1309% of the Claims pursuant to the terms of the December 15, 2011 "Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant" in SEC v. Quan, et al., No. 11-cv-723-ADM-JSM (D. Minn.) (Dkt. #78) (the "Registry").

    ABRG hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of claim:

1. As an unconditional transfer and assignment;

2. SCAF, Ltd. as the valid owner of 88.8691% of the Claims; and

3.  The Registry as the valid owner of 11.1309% of the Claims pursuant to the terms of the December 15, 2011 "Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant" in SEC v. Quan, et al., No. 11-cv-723-ADM-JSM (D. Minn.) (Dkt. #78).

ABRG requests that all future notices and other communications regarding the Claims be made to SCAF, Ltd., the Registry and the United States Securities and Exchange Commission (to the attention of Timothy Leiman, Chicago Regional Office, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604, (312) 353-7390). ABRG also requests that all future payments and distributions be made to SCAF, Ltd. and the Registry. All payments and/or distributions made to the Registry shall be made according to the procedures identified in the December 15, 2011 "Order Granting Motion for Leave to Deposit Funds with the Court and to Dismiss Asset Based Resource Group, LLC as a Relief Defendant" in SEC v. Quan, et al., No. 11-cv-723-ADM-JSM (D. Minn.) (Dkt. #78).

Dated: December 9th, 2011

**ASSET BASED RESOURCE GROUP, LLC**

By: _____
Name: Mark Sullivan
Title: Managing Member

6435055v3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Petters Aviation, LLC | Case No. 08-45136 (RJK) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2011, I caused the foregoing **ABRG's Evidence of Transfer of Claim dated December 19, 2011** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following persons:

- Kurt M. Anderson kmalaw-service@qwestoffice.net, kmalaw-service@sprynet.com;kmalaw@qwestoffice.net
- ALLISON R BACH abach@dickinson-wright.com
- Daniel C. Beck dbeck@winthrop.com, tcooke@winthrop.com
- Mychal A. Bruggeman mab@mcmlaw.com, ldj@mcmlaw.com;mcm_trustee@mcmlaw.com;jef@mcmlaw.com
- Edwin H. Caldie Edwin.Caldie@leonard.com, ma.xiong@leonard.com
- Christopher A Camardello ccamardello@winthrop.com, tcooke@winthrop.com
- Michael Carney mcarney@sonnenschein.com
- Michael F. Doty mdoty@faegre.com
- Dennis A Dressler ddressler@dresslerpeters.com
- Theresa H. Dykoschak tdykoschak@faegre.com, bwalz@faegre.com
- Pamela Foohey foohey.pamela@dorsey.com, pfoohey@gmail.com
- Gerald H. Fornwald gfornwald@winthrop.com, hlovejoy@winthrop.com
- David B Galle dgalle@oppenheimer.com
- Michael M Gavin mgavin@goslawfirm.com
- Clair R Gerry gerry@sgsllc.com
- Lara O. Glaesman lara.glaesman@leonard.com, ma.xiong@leonard.com
- STEVEN G HOWELL showell@dickinson-wright.com
- Christopher J Harayda charayda@faegre.com, jeanderson@faegre.com
- Fruman Jacobson fjacobson@sonnenschein.com
- Jeanine L. Johnson jjohnson@meyernjus.com
- Robert T. Kugler robert.kugler@leonard.com, ma.xiong@leonard.com
- Thomas Lallier ECF_Notices@foleymansfield.com
- James A. Lodoen jlodoen@lindquist.com, gluessenheide@lindquist.com
- Jennifer G Lurken jennifer_lurken@mrr-law.com, wendy_hill@mrr-law.com
- John R. McDonald jmcdonald@briggs.com, mjacobson@briggs.com
- Michael L Meyer mlmeyer@ravichmeyer.com, mdhoward@ravichmeyer.com

- Mark R Miller mille399@tc.umn.edu, kmalaw-service@questoffice.net
- Ralph Mitchell rmitchell@lapplibra.com, jpipp@lapplibra.com
- Issa K Moe moei@moss-barnett.com, montpetitm@moss-barnett.com;zmudaa@moss-barnett.com
- Timothy D. Moratzka tdm@mcmlaw.com, ldj@mcmlaw.com;jef@mcmlaw.com
- Carole Neville cneville@sonnenschein.com
- John B. Orenstein jorenstein@rossbizlaw.com, pmau@rossbizlaw.com;kredondo@rossbizlaw.com
- Larry B. Ricke rickel@srsg.net
- Charles W Ries cw_ries@mrr-law.com, bankruptcy@mrr-law.com
- Michael Rosow mrosow@winthrop.com, lvillegas@winthrop.com
- James A. Rubenstein rubenstein@moss-barnett.com, montpetitm@moss-barnett.com
- Renee C. Rubish renee_rubish@mrr-law.com, nancy_solberg@mrr-law.com
- Allen I. Saeks ais1548@leonard.com, carrie.johnson@leonard.com
- Jacob B. Sellers jsellers@winthrop.com, lvillegas@winthrop.com;tcooke@winthrop.com
- K&L Gates LLP Shea mackenzie.shea@klgates.com, chad.dale@klgates.com
- Jeffrey D. Smith jsmith@lindquist.com, gluessenheide@lindquist.com
- John C. Thomas john@jcthomaslaw.com
- US Trustee ustpregion12.mn.ecf@usdoj.gov
- Cass S Weil weilc@moss-barnett.com
- Sarah J Wencil Sarah.J.Wencil@usdoj.gov

Dated: December 20, 2011              **WINTHROP & WEINSTINE, P.A.**

By:   /s/ Michael A. Rosow
    Daniel C. Beck, #0192053
    Christopher A. Camardello, #284798
    Michael A. Rosow, #0317998

225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402-4629
(612) 604-6400

Attorneys for Asset Based Resource Group, LLC, as successor servicer to Acorn Capital Group, LLC

6546325v1

2